**No. 48309.**—Protest 753373–G of Union Olive Oil Co., Inc. (New York).

Opinion by KEEFE, J.   In accordance with stipulation of counsel entered into at the trial and on the authority of *Scaramelli* v. *United States* (9 Cust. Ct. 270, C. D. 706) and *Locatelli* v. *United States* (T. D. 48284 and T. D. 49302) the protest was sustained.